IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| NATIVE AMERICAN GUARDIAN'S ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>WASHINGTON COMMANDERS, JOSH HARRIS, MATTHEW LAUX and THE NATIONAL CONGRESS OF AMERICAN INDIANS<br><br>Defendants | **MOTION TO APPEAR PRO HAC VICE**<br><br><br>Case No. 3:23-cv-00186 |

    Alain P. Mathieu, an attorney for the Washington Commanders and Josh Harris, moves the Court pursuant to D.N.D. Gen. L. R.1.3(D) for leave to appear pro hac vice.

    In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| Other Bar Admissions:<br>List jurisdiction and ID number for each jurisdiction | United States District Court, D. Massachusetts<br>  Massachusetts Bar No. 698771 |
|---|---|
| Disciplinary Actions:<br>List all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions. | None. |

    I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

    Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 25th day of October, 2023.

                                         Respectfully submitted,

                                         _____
                                         Alain P. Mathieu
                                         Mintz, Levin, Cohn, Ferris,
                                              Glovsky and Popeo, P.C.
                                         One Financial Center
                                         Boston, MA  02111
                                         Tel. (617) 542-6000
                                         Fax (617) 542-2241
                                         lemartin@mintz.com

510562181v.1