IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| NATIVE AMERICAN GUARDIAN'S ASSOCIATION<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON COMMANDERS, JOSH HARRIS, MATTHEW LAUX, and THE NATIONAL CONGRESS OF AMERICAN INDIANS<br><br>Defendants. | **NATIONAL CONGRESS OF AMERICAN INDIANS' MOTION TO DISMISS**<br><br>Case No. 3:23-CV-186<br><br>Hon. Peter D. Welte |

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6), the National Congress of American Indians ("NCAI") respectfully moves the Court to dismiss Plaintiff Native American Guardian Association's Complaint (Doc. 1) in its entirety for lack of personal jurisdiction and for failure to state a claim for which relief can be granted. This motion to dismiss is supported by the corresponding memorandum in support, the Declaration of Thomas L. Murphy, the Declaration of Geoffrey C. Blackwell, and other materials attached to or incorporated by reference in the complaint.

Dated: December 1, 2023.

/s/ Matthew L. Campbell
Matthew L. Campbell (CO Bar No. 40808)
Beth Margaret Wright (CO Bar No. 55339)
NATIVE AMERICAN RIGHTS FUND

250 Arapahoe Ave.
Boulder, CO 80302
Tel. (303) 447-8760
mcampbell@narf.org
wright@narf.org

*Attorneys for NATIONAL CONGRESS OF AMERICAN INDIANS*