UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
_____

NATIVE AMERICAN GUARDIAN'S
ASSOCIATION                                                     Case No: 3:23-cv-00186

                Plaintiff
                                                              **MOTION FOR EXTENSION**
-against-                                          **OF TIME TO RESPOND TO**
                                                                      **MOTION TO DISMISS**
WASHINGTON COMMANDERS, JOSH
HARRIS, MATTHEW LAUX, and THE
NATIONAL CONGRESS OF AMERICAN
INDIANS


                Defendants

_____

      Pursuant to D.N.D. L. R. 7.1 Plaintiff respectfully requests an extension to respond to Defendant National Congress of American Indians' (NCAI) motion to dismiss. Specifically, Plaintiff requests an extension to January 3, 2024, or soon thereafter. Good cause exists because Plaintiff's counsel is unable to file a response within the requisite time period. Considering the breadth of NCAI's motion, the holiday season, conflicting deadlines in other litigation, and preparation for a potential trial, counsel for Plaintiff respectfully asks this Court for more time to fully respond to NCAI's motion to dismiss.

Dated:      December 20, 2023                                  Respectfully Submitted,

                                                                                              CHAD J. LAVEGLIA ESQ.,
                                                                                              LAW OFFICE OF CHAD J LAVEGLIA PLLC
                                                                                              626 RxR Plaza, Suite #613
                                                                                              Uniondale, NY 11556
                                                                                              (631) 450-2468
                                                                                              claveglia@cjllaw.org