UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
_____

| | |
|---|---|
| NATIVE AMERICAN GUARDIAN'S ASSOCIATION | Case No: 3:23-cv-00186 |
| Plaintiff | |
| -against- | **NOTICE OF VOLUNTARY DISMISSAL** |
| WASHINGTON COMMANDERS, JOSH HARRIS, MATTHEW LAUX, and THE NATIONAL CONGRESS OF AMERICAN INDIANS | |
| Defendants | |

_____

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(i), Plaintiff Native American Guardian's Association, hereby gives notice that this action is voluntarily dismissed against only The National Congress of American Indians. Defendant National Congress of American Indians have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal in this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

Dated:      January 3, 2024

Respectfully Submitted,

*[signature]*

CHAD J. LAVEGLIA ESQ.,
LAW OFFICE OF CHAD J LAVEGLIA PLLC
626 RxR Plaza, Suite #613
Uniondale, NY 11556
(631) 450-2468
claveglia@cjllaw.org