## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

| | |
|---|---|
| Native American Guardian's Association, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Washington Commanders, et al., ) <br> ) <br> Defendants. ) | **ORDER OF PARTIAL DISMISSAL** <br><br> Case No. 3:23-cv-186 |

Plaintiff Native American Guardian's Association filed a notice of voluntary dismissal as to Defendant The National Congress of American Indians. Doc. 38. The Court **ADOPTS** the notice (Doc. 38) and **ORDERS** the Native American Guardian's Association's claims against The National Congress of American Indians dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure without prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED**.

Dated this 4th day of January, 2024.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court