IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Native American Guardian's Association, | ) |
| Plaintiff, | ) ) ) ) **ORDER** |
| vs. | ) ) Case No. 3:23-cv-186 |
| Washington Commanders, et al., | ) ) |
| Defendants. | ) |

The National Congress of American Indians moves to amend or correct the dismissal order to reflect a dismissal with prejudice. Doc. 40. The motion is unopposed and is **GRANTED**. The claims against The National Congress of American Indians are dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED**.

Dated this 10th day of January, 2024.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court